In the Matter of the Will of MERI FOBAC, Deceased.
TOMAS IVANCIC, Appellant; ANTONIA FABAC, Respondent.

Submitted October 4, 1943; decided October 14, 1943.

*Frank Gibbons* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.